UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MOHAMMED MONEEB, et al.,

          Plaintiffs,

      v.

CITY OF SANTA CLARA, et al.,

          Defendants.

Case No.15-cv-01987-NC

**SCHEDULING ORDER**

Re: Dkt. No. 17

     The Court has reviewed the Joint Case Management Statement.  In the interest of securing the just, speedy, and inexpensive determination of this action under Federal Rule of Civil Procedure 1, the Court rules as follows:

1) The location of the August 5, 2015, 10:00 a.m. CMC is changed to San Francisco Courtroom D.  If any counsel wishes to participate by telephone, please provide your contact information to the Courtroom Deputy at (408) 535-5343 by August 3, 2015.

2) The case schedule proposed by both parties is excessively long.  The Court suggests trial be set March 28, 2016, or June 20, 2016.  The parties must be prepared to discuss the trial dates at the CMC.

**IT IS SO ORDERED.**

Dated:  July 30, 2015

_____

NATHANAEL M. COUSINS
United States Magistrate Judge

Case No.:15-cv-01987-NC

United States District Court
Northern District of California