```
JON A. HEABERLIN (SBN 199810)
SUJATA T. REUTER (SBN 232148)
ROBERT B. BURCHFIEL (SBN 112318)
```
**RANKIN | STOCK | HEABERLIN**
96 No. Third Street, Suite 500
San Jose, California  95112-7709
Telephone : (408) 293-0463
Facsimile : (408) 293-9514
Emails: jheaberlin@rllss.com
        sreuter@rllss.com

Attorneys for Defendants:
CITY OF SANTA CLARA; CHIEF SELLERS;
CARREIRA, HENRY, CLOUSE, HILL,
HOSMAN, RUSH, MEAD, STEPHENS, C.
BELL, STEWART, NIESEN, THOMPSON,
GERBRANDT, CARDIN, DEGER, D. BELL,
AMOS, and MARTIN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MUHAMMAD MONEEB; MUHAMMAD IKRAM; HAZAKAT IKRAM,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF SANTA CLARA; CHIEF SELLERS; CARREIRA, HENRY, CLOUSE, HILL, HOSMAN, RUSH, MEAD, STEPHENS, C. BELL, STEWART, NIESEN, THOMPSON, GERBRANDT, CARDIN, DEGER, D. BELL, AMOS, and MARTIN; et al.<br><br>    Defendants. | Case No. 5:15-cv-1987 NC<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

## **STIPULATION**

    Plaintiffs MUHAMMAD MONEEB, MUHAMMAD IKRAM, and HAZAKAT IKRAM, and

Defendants CITY OF SANTA CLARA, CHIEF SELLERS, CARREIRA, HENRY, CLOUSE,

HILL, HOSMAN, RUSH, MEAD, STEPHENS, C. BELL, STEWART, NIESEN,

THOMPSON, GERBRANDT, CARDIN, DEGER, D. BELL, AMOS, and MARTIN, by and through their counsel of record, do hereby stipulate as follows:

1. A settlement conference before Hon. Paul S. Grewal was originally scheduled to occur on January 22, 2016. However, Judge Grewal requested that the conference be reset due to a scheduling conflict. The parties and Judge Grewal have agreed to a new settlement conference date and time of February 10, 2016, at 10:00am.
2. A case management conference is currently scheduled for the same date and time.
3. The parties request that this court continue the case management conference to some later date convenient to the court in order to accommodate the new settlement conference date and time.
4. The parties believe that continuance of the case management conference would be the most efficient course of action because, if the case resolves, a subsequent case management conference may not be necessary.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: January 6, 2016           HADDAD & SHERWIN
                              By: /s/ Julia Sherwin
                                 JULIA SHERWIN
                                 Attorney for Plaintiffs

Dated: January 6, 2016           RANKIN | STOCK | HEABERLIN
                              By: /s/ Sujata T. Reuter
                                 SUJATA T. REUTER
                                 Attorney for Defendants

## ORDER

The court, having reviewed the Stipulation by and between the parties, hereby finds that good cause exists, and orders that:

The February 10, 2016, Case Management Conference date is vacated. The Case Management Conference will be held on _____February 24_____, 2016, at 10:00 a.m. Updated case management conference statement due February 17, 2016.

Date: __January 6, 2016__                    _____
                                             HON. NATHANAEL M. COUSINS

GRANTED
Judge Nathanael M. Cousins