JON A. HEABERLIN (SBN 199810)
SUJATA T. REUTER (SBN 232148)
ROBERT B. BURCHFIEL (SBN 112318)
**RANKIN | STOCK | HEABERLIN**
96 No. Third Street, Suite 500
San Jose, California  95112-7709
Telephone : (408) 293-0463
Facsimile : (408) 293-9514
Emails: jheaberlin@rllss.com
         sreuter@rllss.com

Attorneys for Defendants:
CITY OF SANTA CLARA; CHIEF SELLERS;
CARREIRA, HENRY, CLOUSE, HILL,
HOSMAN, RUSH, MEAD, STEPHENS, C.
BELL, STEWART, NIESEN, THOMPSON,
GERBRANDT, CARDIN, DEGER, D. BELL,
AMOS, and MARTIN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MUHAMMAD MONEEB; MUHAMMAD IKRAM; HAZAKAT IKRAM,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>CITY OF SANTA CLARA; CHIEF SELLERS; CARREIRA, HENRY, CLOUSE, HILL, HOSMAN, RUSH, MEAD, STEPHENS, C. BELL, STEWART, NIESEN, THOMPSON, GERBRANDT, CARDIN, DEGER, D. BELL, AMOS, and MARTIN; et al.<br><br>　　　　　Defendants. | Case No. 5:15-cv-1987 NC<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

### STIPULATION

　　Plaintiffs MUHAMMAD MONEEB, MUHAMMAD IKRAM, and HAZAKAT IKRAM, and Defendants CITY OF SANTA CLARA, CHIEF SELLERS, CARREIRA, HENRY, CLOUSE, HILL, HOSMAN, RUSH, MEAD, STEPHENS, C. BELL, STEWART, NIESEN,

1

THOMPSON, GERBRANDT, CARDIN, DEGER, D. BELL, AMOS, and MARTIN, by and through their counsel of record, do hereby stipulate as follows:

1. The parties attended a settlement conference before Hon. Paul S. Grewal on February 10, 2016.  As a result of that settlement conference, plaintiffs presented a demand to the defendants, which demand will be taken before the Santa Clara City Council on two occasions – February 23rd and March 8th, 2016.
2. The parties request that this court continue the case management conference, currently scheduled for February 24, 2016, at 10:00am, to some later date convenient to the court in order to accommodate the dates for presentation of the demand to the City Council.
3. The parties believe that continuance of the case management conference would be the most efficient course of action because, if the demand is accepted by the City Council, a subsequent case management conference may not be necessary.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: February 17, 2016          HADDAD & SHERWIN
                          By:   /s/ T. Kennedy Helm
                                T. KENNEDY HELM
                                Attorney for Plaintiffs

Dated: February 17, 2016          RANKIN | STOCK | HEABERLIN
                          By: /s/ Sujata T. Reuter
                                SUJATA T. REUTER
                                Attorney for Defendants

**ORDER**

The court, having reviewed the Stipulation by and between the parties, hereby finds that good cause exists, and orders that:

The February 24, 2016, Case Management Conference date is vacated.  The Case Management Conference will be held on _____April 6_____, 2016, at 10:00 a.m.  An updated case management statement shall be filed by ___March 30___, 2016.

Date: __February 17, 2016__          _____
                                      HON. NATHANAEL M. COUSINS

GRANTED
Judge Nathanael M. Cousins

2

STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE