# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUHAMMAD MONEEB,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF SANTA CLARA, et al.,<br><br>    Defendants. | Case No. 15-cv-01987 NC<br><br>**ORDER OF CONDITIONAL DISMISSAL** |

The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice.  In the event that the settlement is not reached, any party may move to reopen the case, provided that such motion is filed by June 20, 2016.  All scheduled dates are VACATED.

IT IS SO ORDERED.

Dated: May 3, 2016

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 15-cv-01987 NC
ORDER OF CONDITIONAL
DISMISSAL